NO. _____

IN THE COURT OF CRIMINAL APPEALS OF TEXAS

NO. 10-13-00401-CR
IN THE COURT OF APPEALS FOR THE
TENTH SUPREME JUDICIAL DISTRICT
OF TEXAS AT WACO

NO. F46739
IN THE 413th JUDICIAL DISTRICT
COURT OF JOHNSON COUNTY, TEXAS

---

GARY EVAN MATTHEWS,
Appellant,

V.

THE STATE OF TEXAS,
Appellee.

---

MOTION FOR EXTENSION OF TIME TO FILE
PRO SE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW GARY EVAN MATTHEWS, Appellant pro se, and re-
spectfully moved this Honorable Court to extend the deadline to
file his pro se petition for discretionary review by sixty (60)
days. In support, Appellant would show the following:

I.

On October 10, 2013, Appellant was found guilty of murder
and was subsequently sentenced to thirty-eight (38) years imprison-
ment in the Texas Department of Criminal Justice and assessed
a $10,000.00 fine.

FILED IN
COURT OF CRIMINAL APPEALS

JAN 08 2015

Abel Acosta, Clerk

1.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 07 2015

Abel Acosta, Clerk

## II.

On December 16, 2014, Appellant received a copy of the Memorandum Opinion from his appellate attorney notifying him of the Tenth Court of Appeals decision as well as his right to file a petition for discretionary review pro se under Rule 68 of the Texas Rules of Appellate Procedure. The deadline for filing said petition is January 11, 2015.

## III.

Appellant is unable to meet the deadline for the following reasons:

1. Appellant is having difficulty gaining access to the Unit Law Library for more than a few hours per week due to his work schedule and the holiday schedule, thereby slowing down research; and,

2. Appellant has limited legal knowledge, further slowing down both research and assembly of his pro se petition.

## IV.

Appellant avers that this is in no way an attempt to stall these proceedings.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, and for the good faith reasons stated above, Appellant prays that this Honorable Court GRANT this Motion and extend the time to file his pro se petition by Sixty (60) days, extending the deadline to March 12, 2015.

Respectfully Submitted,

/S/ _[signature]_
Gary Evans Matthews
TDCJ-CID # 01883270
William Clements Unit
9601 Spur 591
Amarillo, Texas 79107
APPELLANT, PRO SE

December 31, 2014

VIA USPS First-Class Mail

Abel Acosta, Clerk
Court of Criminal Appeals
Supreme Court Building
P.O. Box 12308, Capital Station
Austin, Texas 78711-2308

Dear Mr. Acosta,

Enclosed, please find my Motion for Extension of Time to File Pro Se Petition for Discretionary Review and my Motion to Suspend T.R.A.P. 9.3(b). Please file these motions and bring them to the attention of the Court.

Thank you for your assistance in this matter.

Sincerely,

/s/ A. Evan Matthews

Gary Evan Matthews
TDCJ-CID # 01883270
William Clements Unit
9601 Spur 591
Amarillo, Texas 79107

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 07 2015

Abel Acosta, Clerk